**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JOEL GAUCHE, : No. 161 MM 2017
:
          Petitioner :
:
:
:
      v. :
:
:
:
COURT OF COMMON PLEAS BUCKS :
COUNTY & PENNSYLVANIA BOARD OF :
PROBATION AND PAROLE, :
:
          Respondents :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 1st day of December, 2017, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.